310

## Arthur OVE v. H. I. GRIMES.
### No. 2619.

Circuit Court of Appeals, Tenth Circuit.
Nov. 17, 1942.

Max J. Cohen and John A. McGuire, Jr., both of Lowell, Mass., for appellant.

Earl Pruet, of Oklahoma City, Okl., for appellee.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed on court's motion, for failure to prosecute.

## Ishmael Worth PHILLIPS, Petitioner, v. Robert H. HUDSPETH, Warden, United States Penitentiary, Leavenworth, Kansas, Respondent.
### No. 2546.

Circuit Court of Appeals, Tenth Circuit.
Feb. 11, 1943.

John F. Mueller, of Denver, Colo., for appellant.

George H. West, U. S. Atty., of Kansas City, Kan., and Eugene W. Davis, Asst. U. S. Atty., of Topeka, Kan., for appellee.

Before BRATTON, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

On the authority of Jerome v. United States, 63 S.Ct. 483, 87 L.Ed. ——, the judgment herein is reversed and the cause remanded with directions to enter judgment discharging petitioner.

## SECURITY FLOUR MILLS COMPANY v. COMMISSIONER OF INTERNAL REVENUE.
### No. 2676.

Circuit Court of Appeals, Tenth Circuit.
Jan. 9, 1943.

Foulston, Siefkin, Bartlett & Morris, of Wichita, Kan., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., for respondent.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Petition to review, 45 B.T.A. 1159, dismissed on motion of respondent.

## Taylor SEALS v. Honorable Richard J. HOPKINS, Judge of the United States District Court for the District of Kansas.
### No. 2667.

Circuit Court of Appeals, Tenth Circuit.
Dec. 22, 1942.

No appearance for either party.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Application for leave to file petition for writ of mandamus denied.

## Frank A. THILL, Bishop of Concordia, v. FIDELITY NATIONAL BANK & TRUST COMPANY OF KANSAS CITY, a corporation, as Trustee.
### No. 2542.

Circuit Court of Appeals, Tenth Circuit.
Dec. 2, 1942.

Hunt & Baldwin, of Concordia, Kansas, for appellant.

Bowersock, Fizzell & Rhodes, of Kansas City, Mo., and Louis R. Gates, of Kansas City, Kan., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.

Frank A. THILL, Bishop of Concordia, et al. v. FIDELITY NATIONAL BANK & TRUST COMPANY OF KANSAS CITY, a Corporation, as Trustee.
No. 2543.

Circuit Court of Appeals, Tenth Circuit.

Dec. 2, 1942.

Hunt & Baldwin, of Concordia, Kan., D. M. McCarthy, of Hays, Kan., and John C. Dempsey, of Cincinnati, Ohio, for appellants.

Bowersock, Fizzell & Rhodes, of Kansas City, Mo., and Louis R. Gates, of Kansas City, Kan., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellants.

UNION CENTRAL LIFE INSURANCE COMPANY, a Corporation, v. Mary A. GUYTON et al.
No. 2639.

Circuit Court of Appeals, Tenth Circuit.

Nov. 25, 1942.

Charles Warren and Douglas Hudson, both of Fort Scott, Kan., for appellant.

Stuart T. McAlister and C. J. Taylor, both of Parsons, Kan., for appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.

UNITED STATES of America, Appellant, v. 2824.90 ACRES OF LAND, etc., et al.
No. 12500.

Circuit Court of Appeals, Eighth Circuit.

Dec. 28, 1942.

Frank M. Mayfield, Sp. Atty., Department of Justice, of Lexington, Mo., for appellant.

H. O. Eldredge, of Waynesville, Mo., for appellees.

PER CURIAM.

Appeal from District Court docketed and dismissed without costs to either party in this Court pursuant to motion of appellant and agreement of counsel for respective parties.

UNITED STATES of America v. Honorable Richard J. HOPKINS, Judge of the United States District Court for the District of Kansas.
No. 2648.

Circuit Court of Appeals, Tenth Circuit.

Dec. 15, 1942.

Writ of Certiorari Denied April 12, 1943.

See —— U.S. ——, 63 S.Ct. 981, 87 L.Ed. ——.

Paul L. Aylward, of Ellsworth, Kan., Jacob A. Dickinson and Peter F. Caldwell, Sp. Attys., Department of Justice, both of Topeka, Kan., for petitioner.

Howard Fleeson, Wayne Coulson, and Austin Cowan, all of Wichita, Kan., for respondent.

Before PHILLIPS, BRATTON, and MURRAH, Circuit Judges.

PER CURIAM.

Application for leave to file petition for writ of mandamus granted. Order entered directing issuance of writ.

PHILLIPS, J., dissenting.